UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIAYI YAO, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>GOOGLE LLC, a California Company,<br><br>        Defendant. | Case No. 2:26-cv-00584-JHC<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE ANSWER TO PLAINTIFF'S COMPLAINT |

This matter comes before the Court on Defendant Google LLC's Unopposed Motion for Extension of Deadline to File Answer to Plaintiff's Complaint. Dkt. # 7. It is ORDERED that Defendant's Unopposed Motion for Extension of Deadline to File Answer to Plaintiff's Complaint is GRANTED. Defendant shall file its Answer to Plaintiff's Complaint by March 11, 2026.

DATED this 25th day of February, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

Order Granting Defendant's Unopposed Motion for Extension of Deadline to
File Answer to Plaintiff's Complaint - Page 1
Case No. 2:26-CV-00584-JHC