UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIAYI YAO,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, LLC, a California company,<br><br>Defendant. | Case No. 2:26-cv-00584-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties to this litigation, by and through their undersigned counsel of record, and hereby stipulate and request that the Court enter an order dismissing Plaintiff's Complaint in the above-captioned case with prejudice and without costs or fees to any party except as otherwise agreed herein.

**STIPULATED** and **AGREED** this 23rd day of September, 2026.

*/s/ Tzur K. Shupack*
Tzur K. Shupack, WSBA No. 64299
Vera P. Fomina, WSBA No. 49388
Skidmore & Fomina, PLLC
1800 112th Avenue, Suite 150
Bellevue, WA 98004
tshupack@skidmorefomina.com
vfomina@skidmorefomina.com
*Attorneys for Plaintiff*

*/s/ April L. Upchurch Fredrickson*
April L. Upchurch Fredrickson, WSBA No. 31910
MILLER NASH, LLP
605 5th Ave. S Suite 900
Seattle, WA 98104
april.fredrickson@millernash.com
*Attorney for Defendant*

**ORDER**

In accordance with the Stipulation and Request for Dismissal (Dkt. # 16) filed by the parties, the Court hereby DISMISSES Plaintiff's Complaint with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED this 23rd day of September, 2026

John H. Chun
United States District Court